UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>   Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA CORPORATION,<br><br>   Defendant. | Case No.   14-cv-01613-MEJ<br><br>**ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS** |

On April 8, 2014, Plaintiff filed a Complaint and an Application to Proceed In Forma Pauperis using the pseudonym "Jane Doe."  Dkt. Nos. 1, 3.  Because Plaintiff has not revealed her true identity in any court filings, the Court is unable to verify the information in her application.  Accordingly, the Court ORDERS Plaintiff to file a declaration in compliance with Civil Local Rule 79-5 in which she: (1) states her full name; (2) attests that she prepared and signed the April 8 application; and (3) declares under penalty of perjury that all information contained in the application is true and correct.  Plaintiff shall file the declaration by April 21, 2014.

**IT IS SO ORDERED.**

Dated: April 14, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge