UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

    Plaintiff,

v.

BANK OF AMERICA CORPORATION,

    Defendant.

Case No. 14-cv-01613-MEJ

**ORDER PERMITTING PLAINTIFF TO SUBMIT DECLARATION FOR *IN CAMERA* REVIEW**

On April 14, 2014, the Court ordered Plaintiff to file a declaration in compliance with Civil Local Rule 79-5 in which she: (1) states her full name; (2) attests that she prepared and signed the April 8 application; and (3) declares under penalty of perjury that all information contained in the application is true and correct. On April 21, 2014, Plaintiff filed a response, stating that she will pay the court filing fee instead of submitting her full name into the record. However, the Court did not intend for Plaintiff's full name to become part of the public record; Rule 79-5 permits a party to redact certain information from the public record so that it is only available to the court and the parties. If Plaintiff is unwilling to provide her full name under seal, she may instead submit the declaration to the undersigned's chambers for *in camera review*. Accordingly, Plaintiff shall file a response to this Order by April 22, 2014, stating whether she intends to pay the filing fee or submit her declaration for *in camera* review. If Plaintiff chooses to submit a declaration, it shall be delivered to chambers by April 23, 2014.

**IT IS SO ORDERED.**

Dated: April 21, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge