1
2
3
4
5
6
7
8

9                              UNITED STATES DISTRICT COURT

10                             NORTHERN DISTRICT OF CALIFORNIA

11  JANE DOE, individually and on behalf of all         CASE NO. 3:14-CV-01613 TEH
    others similarly situated,
12                                                     [~~PROPOSED~~] ORDER ON JOINT
                    Plaintiff,                         STIPULATION TO CONTINUE AUGUST
13                                                     11, 2014 CASE MANAGEMENT
            vs.                                        CONFERENCE TO AUGUST 25, 2014
14
    BANK OF AMERICA CORPORATION,
15
                    Defendant.
16
17
18
19
20
21
22
23
24
25
26
27
28
    58594428.1

**[~~PROPOSED~~] ORDER**

Having reviewed and considered the parties' Joint Stipulation to Continue August 11, 2014 Case Management Conference to August 28, 2014 (the "Joint Stipulation"), and good cause having been shown as set forth therein, **IT IS HEREBY ORDERED** as follows:

1. The Joint Stipulation is GRANTED; and

2. The August 11, 2014 Initial Case Management Conference is vacated and continued to August 25, 2014; and

3. The parties shall submit a joint case management statement no later than 7 days prior to the Initial Case Management Conference.

**IT IS SO ORDERED.**

DATED:  07/21/2014

_____
HON. 
UNITED 

*Judge Thelton E. Henderson*