William C. McNeill, III, (SBN 64392)
Marsha J. Chien, (SBN 275238)
**THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER**
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
Email: wmcneill@las-elc.org
Email: mchien@las-elc.org

James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Connie K. Chan (SBN 284230)
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: jfinberg@altber.com
Email: ecervantez@altber.com
Email: cchan@altber.com

Attorneys for Plaintiff JANE DOE, on behalf of herself and other similarly situated.

Matthew C. Kane (SBN 171829)
Michael D. Mandel (SBN 216934)
Regina A. Musolino (SBN 198872)
Sean M. Sullivan (SBN 286368)
**MCGUIREWOODS LLP**
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: (310) 315-8200
Facsimile: (310) 315-8210
Email: mkane@mcguirewoods.com
Email: mmandel@mcguirewoods.com
Email: rmusolino@mcguirewoods.com
Email: ssullivan@mcguirewoods.com

Attorneys for Defendant BANK OF AMERICA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>BANK OF AMERICA CORPORATION.<br><br>Defendant | Case No. 3:14-CV-01613 THE<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING BRIEFING SCHEDULE AND CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(7); DECLARATION OF CONNIE K. CHAN IN SUPPORT THEREOF**<br>Civ. L.R. 6-2 and 7-12<br><br>Date: n/a<br>Time: n/a<br>Courtroom: 12<br>Judge: Thelton E. Henderson |

Plaintiff Jane Doe ("Plaintiff") and Defendant Bank of America Corporation ("Defendant"), herein referred to collectively as the "Parties," by and through their respective attorneys of record, hereby stipulate pursuant to Civil Local Rules 6-2 and 7-12 as follows:

WHEREAS, on June 22, 2015, Defendant filed a Motion to Dismiss Plaintiff's Complaint Pursuant to F.R.C.P. 12(b)(7), noticed for hearing on July 27, 2015;

WHEREAS, under Civil Local Rule 7-3, Plaintiff's opposition to Defendant's motion to dismiss is due July 6, 2015, and Defendant's reply is due July 13, 2015;

WHEREAS, as set forth in the supporting Declaration of Connie K. Chan, Plaintiff is unable to prepare her opposition by July 6, 2015 due to Plaintiff's counsel's prior conflicting work and travel commitments; and

WHEREAS, the Parties do not anticipate that enlarging the briefing schedule and continuing the hearing on Defendant's motion to dismiss will affect any other case scheduling deadlines currently set;

HENCE, pursuant to Civil Local Rule 6-2, the Parties have conferred and hereby stipulate to the following amended briefing and hearing schedule, subject to the Court's approval:

1. Plaintiff's opposition to Defendant's Motion to Dismiss Pursuant to FRCP 12(b)(7) shall be due July 21, 2015;
2. Defendant's reply shall be due August 10, 2015;
3. A hearing on Defendant's motion shall be set for August 24, 2015 at 10:00 a.m., or as soon thereafter as the Court is available.

DATED: July 2, 2015                                By:   /s/ Connie K. Chan
                                                   **The LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER**
                                                   William C. McNeill, III
                                                   Marsha J. Chien
                                                   180 Montgomery Street, Suite 600
                                                   San Francisco, CA  94104
                                                   Telephone: (415) 864 8848
                                                   Facsimile: (415) 593-0096
                                                   wmcneill@las-elc.org
                                                   mchien@las-elc.org

| | |
|---|---|
| 1 | **ALTSHULER BERZON LLP** |
| 2 | James M. Finberg |
| | Eve H. Cervantez |
| 3 | Connie K. Chan |
| | 177 Post Street, Suite 300 |
| 4 | San Francisco, CA 94108 |
| | Telephone: (415) 421-7151 |
| 5 | Facsimile: (415) 362-8064 |
| | jfinberg@altber.com |
| 6 | ecervantez@altber.com |
| | cchan@altber.com |
| 7 | |
| 8 | Attorneys for Plaintiff Jane Doe, on behalf of herself and others similarly situated |

DATED: July 2, 2015            By:   /s/ Regina A. Musolino
                                       **MCGUIRE WOODS LLP**
                                       Matthew C. Kane
                                       Michael D. Mandel
                                       Regina A. Musolino
                                       Sean M. Sullivan
                                       1800 Century Park East, 8th Floor
                                       Los Angeles, CA 90067-1501
                                       Telephone: (310) 315-8200
                                       Facsimile: (310) 315-8210
                                       mkane@mcguirewoods.com
                                       mmandel@mcguirewoods.com
                                       rmusolino@mcguirewoods.com
                                       ssullivan@mcguirewoods.com

                                       Attorneys for Defendant Bank of America Corporation

## DECLARATION OF CONNIE K. CHAN IN SUPPORT OF STIPULATION TO MODIFY BRIEFING AND HEARING SCHEDULE

I, Connie K. Chan, declare as follows:

1. I am a member in good standing of the bar of the State of California and am one of the counsel of record for Plaintiff in the above-captioned case. I make this declaration in support of the parties' stipulated request to extend the briefing and hearing schedule on Defendant's pending motion to dismiss pursuant to FRCP 12(b)(7). The facts set forth in this declaration I know to be true of my own personal knowledge, except as those matters which are alleged on information and belief, and as to those matters I believe them to be true. I could and would competently testify as to all such matters, if called upon to do so.

2. Following an initial case management conference held on August 25, 2014, the Court issued a case scheduling order setting, among other dates, a fact discovery cutoff of February 1, 2016, a February 22, 2016 deadline to file dispositive motions, and a May 17, 2016 trial date.

3. On February 17, 2015, pursuant to the parties' stipulation made in light of ongoing mediation efforts, the Court issued an order extending the deadline for Plaintiff to file a motion for class certification from August 3, 2015 to September 18, 2015.

4. There have been no other previous time modifications in this case.

5. Under Civil Local Rule 7-3, Plaintiff's opposition to Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to F.R.C.P. 12(b)(7), filed June 22, 2015, is due July 6, 2015.

6. Plaintiff's counsel Jim Finberg has been out of the country with very limited e-mail access since before Defendant's motion to dismiss was filed, and will not return to the office until July 6, 2015.

7. Plaintiff's counsel Marsha Chien is currently out of town for her wedding and honeymoon and will not return to the office until July 13, 2015.

8. I was out of the office on a previously scheduled trip June 26, 2015 and will be out of town for a previously scheduled trip from July 2, 2015 through July 6, 2015.

9. Plaintiff's counsel Eve Cervantez will be out of town for a previously scheduled vacation from July 6, 2015 through July 10, 2015.

10. Due to Plaintiff's counsel's various previously scheduled commitments, including other prior work obligations, Plaintiff is unable to file her opposition by July 6, 2015. Accordingly, Plaintiff's counsel approached Defendant's counsel about stipulating to extend Plaintiff's time to respond to Defendant's motion to dismiss, to which Defendant's counsel agreed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed at San Francisco, California, on July 2, 2015.

by: */s/ Connie K. Chan*
Connie K. Chan


**~~PROPOSED~~ ORDER**

Pursuant to the Parties' stipulation and for good cause shown, the Court hereby orders as follows:

Plaintiff's opposition to Defendant's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(7) [Dkt. 55] is due July 21, 2015;

Defendant's reply is due August 10, 2015; and

A hearing on Defendant's motion is continued from July 27, 2015 to August ~~24~~ 31, 2015 at 10:00 a.m.

IT IS SO ORDERED.

Dated: 07/02/15

_____
Hon. Thelton E. Henderson
UNITED STATES DISTRICT JUDGE

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Thelton E. Henderson]*