William C. McNeill, III, (SBN 64392)
**THE LEGAL AID SOCIETY-**
**EMPLOYMENT LAW CENTER**
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
Email: wmcneill@las-elc.org

James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Connie K. Chan (SBN 284230)
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: jfinberg@altber.com
Email: ecervantez@altber.com
Email: cchan@altber.com

Attorneys for Plaintiff JANE DOE, on behalf of herself and other similarly situated.

Matthew C. Kane (SBN 171829)
Michael D. Mandel (SBN 216934)
Regina A. Musolino (SBN 198872)
Sean M. Sullivan (SBN 286368)
**MCGUIREWOODS LLP**
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: (310) 315-8200
Facsimile: (310) 315-8210
Email: mkane@mcguirewoods.com
Email: mmandel@mcguirewoods.com
Email: rmusolino@mcguirewoods.com
Email: ssullivan@mcguirewoods.com

Attorneys for Defendant BANK OF AMERICA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>BANK OF AMERICA CORPORATION.<br><br>Defendant | Case No. 3:14-CV-01613 TEH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER ENLARGING BRIEFING SCHEDULE AND CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(7), AND EXTENDING DEADLINES FOR MEDIATION AND MOTION FOR CLASS CERTIFICATION; DECLARATION OF CONNIE K. CHAN IN SUPPORT THEREOF**<br>Civ. L.R. 6-2 and 7-12<br><br>Date: n/a<br>Time: n/a<br>Courtroom: 12<br>Judge: Thelton E. Henderson |

1    Plaintiff Jane Doe ("Plaintiff") and Defendant Bank of America Corporation ("Defendant"),
herein referred to collectively as the "Parties," by and through their respective attorneys of record,
hereby stipulate pursuant to Civil Local Rules 6-2 and 7-12 as follows:

WHEREAS, on June 22, 2015, Defendant filed a Motion to Dismiss Plaintiff's Complaint Pursuant to F.R.C.P. 12(b)(7) ("Rule 12(b)(7) motion"), which was noticed for hearing on July 27, 2015;

WHEREAS, on July 21, 2015, pursuant to the parties' stipulation, the Court issued an Order (1) extending the parties' deadline to mediate to September 15, 2015; (2) extending the deadline for Plaintiff to file a motion for class certification to November 16, 2015, which was 60 days after the deadline for mediation; (3) extending the deadline for Plaintiff to file an opposition to Defendant's pending Rule 12(b)(7) motion to September 29, 2015, which was two weeks after the deadline for mediation; (4) extending the deadline for Defendant to file a reply in support of its Rule 12(b)(7) motion to October 13, 2015, which was two weeks after Plaintiff's opposition was due; and (5) setting a hearing on Defendant's Rule 12(b)(7) motion for November 9, 2015 at 10:00 a.m.  Dkt. No. 61.

WHEREAS, the parties were unable to participate in mediation before September 15, 2015, but are scheduled for mediation with Mediator Michael Loeb on September 22, 2015;

WHEREAS, the parties agree that a successful mediation will obviate the need for the parties and the Court to expend additional resources briefing, hearing, and deciding Defendant's motion to dismiss, as well as Plaintiff's anticipated motion for class certification; and

WHEREAS, the requested time modification will not affect any other case scheduling deadlines currently set;

HENCE, pursuant to Civil Local Rule 6-2, and in the interests of judicial efficiency and economy of resources, the Parties have conferred and hereby stipulate as follows, subject to the Court's approval:

1. The parties' deadline to mediate shall be extended from September 15, 2015 to September 29, 2015;

2. Plaintiff's opposition to Defendant's pending Motion to Dismiss Pursuant to FRCP 12(b)(7) shall be due October 13, 2015, which is two weeks after the deadline for mediation;

3. Defendant's reply in support of its Rule 12(b)(7) motion shall be due October 27, 2015;

4. A hearing on Defendant's Rule 12(b)(7) motion shall be set for December 7, 2015 at 10:00 a.m., or as soon thereafter as the Court is available; and

5. Plaintiff's current deadline of November 16, 2015 to file a motion for class certification shall be extended to December 21, 2015, which is two weeks after the proposed hearing on Defendant's Rule 12(b)(7) motion.

DATED: September 10, 2015       By:   /s/ Connie K. Chan
                                **The LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER**
                                William C. McNeill, III
                                180 Montgomery Street, Suite 600
                                San Francisco, CA  94104
                                Telephone: (415) 864 8848
                                Facsimile: (415) 593-0096
                                wmcneill@las-elc.org
                                mchien@las-elc.org


                                **ALTSHULER BERZON LLP**
                                James M. Finberg
                                Eve H. Cervantez
                                Connie K. Chan
                                177 Post Street, Suite 300
                                San Francisco, CA 94108
                                Telephone: (415) 421-7151
                                Facsimile: (415) 362-8064
                                jfinberg@altber.com
                                ecervantez@altber.com
                                cchan@altber.com

                                Attorneys for Plaintiff Jane Doe, on behalf of herself and others similarly situated

DATED: September 10, 2015       By:   /s/ Michael D. Mandel
                                **MCGUIRE WOODS LLP**
                                Matthew C. Kane
                                Michael D. Mandel
                                Regina A. Musolino

2
STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING AND HEARING SCHEDULE
Case No. 3:14-CV-01613-TEH

|   |   |
|---|---|
| 1 | Sean M. Sullivan |
| 2 | 1800 Century Park East, 8th Floor |
|   | Los Angeles, CA 90067-1501 |
| 3 | Telephone: (310) 315-8200 |
|   | Facsimile: (310) 315-8210 |
| 4 | mkane@mcguirewoods.com |
|   | mmandel@mcguirewoods.com |
| 5 | rmusolino@mcguirewoods.com |
|   | ssullivan@mcguirewoods.com |

Attorneys for Defendant Bank of America Corporation

### DECLARATION OF CONNIE K. CHAN IN SUPPORT OF STIPULATION TO MODIFY BRIEFING AND HEARING SCHEDULE

I, Connie K. Chan, declare as follows:

1. I am a member in good standing of the bar of the State of California and am one of the counsel of record for Plaintiff in the above-captioned case. I make this declaration in support of the parties' stipulated request to extend the briefing and hearing schedule on Defendant's pending motion to dismiss pursuant to FRCP 12(b)(7). The facts set forth in this declaration I know to be true of my own personal knowledge, except as those matters which are alleged on information and belief, and as to those matters I believe them to be true. I could and would competently testify as to all such matters, if called upon to do so.

2. Following an initial case management conference held on August 25, 2014, the Court issued a case scheduling order setting, among other dates, a fact discovery cutoff of February 1, 2016, a February 22, 2016 deadline to file dispositive motions, and a May 17, 2016 trial date.

3. On February 17, 2015, pursuant to the parties' stipulation made in light of ongoing mediation efforts, the Court issued an order extending the deadline for Plaintiff to file a motion for class certification from March 10, 2015 to August 3, 2015.

4. On July 2, 2015, pursuant to the parties' stipulation, the Court issued an order extending the briefing deadlines and hearing on Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to F.R.C.P. 12(b)(7), filed June 22, 2015 ("Rule 12(b)(7) motion").

5. On July 21, 2015, pursuant to the parties' stipulation, the Court issued an Order (1) extending the parties' deadline to mediate to September 15, 2015; (2) extending the deadline for Plaintiff to file a motion for class certification to November 16, 2015, which was 60 days after the deadline for mediation; (3) extending the deadline for Plaintiff to file an opposition to Defendant's pending Rule 12(b)(7) motion to September 29, 2015, which was two weeks after the deadline for mediation; (4) extending the deadline for Defendant to file a reply in support of its Rule 12(b)(7) motion to October 13, 2015, which was two weeks after Plaintiff's opposition was due; and (5) setting a hearing on Defendant's Rule 12(b)(7) motion for November 9, 2015 at 10:00 a.m.

6. To my knowledge, there have been no other previous time modifications in this case.

7. The parties were previously scheduled for mediation on July 20, 2015. However, on July 10, 2015, Mediator Michael Loeb asked the parties to reschedule the July 20 mediation due to a pressing personal matter. The parties are currently scheduled for mediation with Mediator Loeb on September 22, 2015.

8. The parties agree that the interests of judicial efficiency and economy of resources will be best served by continuing the deadline for Plaintiff's motion for class certification and the deadlines for briefing and hearing Defendant's pending motion to dismiss until a reasonable time after the parties' rescheduled mediation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed at San Francisco, California, on September 9, 2015.

by: */s/ Connie K. Chan*
Connie K. Chan

## ~~PROPOSED~~ ORDER

Pursuant to the Parties' stipulation and for good cause shown, the Court hereby orders as follows:

1. The parties' deadline to mediate shall be extended from September 15, 2015 to September 29, 2015;

2. Plaintiff's opposition to Defendant's pending Motion to Dismiss Pursuant to FRCP 12(b)(7) shall be due October 13, 2015, which is two weeks after the deadline for mediation;

3. Defendant's reply in support of its Rule 12(b)(7) motion shall be due October 27, 2015;

4. A hearing on Defendant's Rule 12(b)(7) motion shall be set for December 7, 2015 at 10:00 a.m., or as soon thereafter as the Court is available; and

5. Plaintiff's current deadline of November 16, 2015 to file a motion for class certification shall be extended to December 21, 2015, which is two weeks after the proposed hearing on Defendant's Rule 12(b)(7) motion.

IT IS SO ORDERED.

Dated: 09/15/2015

Hon. Thelton E. Henderson
UNITED STATES DISTRICT JUDGE