| | |
|---|---|
| William C. McNeill, III, (SBN 64392) | Matthew C. Kane (SBN 171829) |
| **THE LEGAL AID SOCIETY-** | Michael D. Mandel (SBN 216934) |
| **EMPLOYMENT LAW CENTER** | Regina A. Musolino (SBN 198872) |
| 180 Montgomery Street, Suite 600 | Sean M. Sullivan (SBN 286368) |
| San Francisco, CA  94104 | **MCGUIREWOODS LLP** |
| Telephone: (415) 864-8848 | 1800 Century Park East, 8th Floor |
| Facsimile: (415) 593-0096 | Los Angeles, CA 90067-1501 |
| Email: wmcneill@las-elc.org | Telephone: (310) 315-8200 |
| Email: mchien@las-elc.org | Facsimile: (310) 315-8210 |
| | Email: mkane@mcguirewoods.com |
| James M. Finberg (SBN 114850) | Email: mmandel@mcguirewoods.com |
| Eve H. Cervantez (SBN 164709) | Email: rmusolino@mcguirewoods.com |
| Connie K. Chan (SBN 284230) | Email: ssullivan@mcguirewoods.com |
| **ALTSHULER BERZON LLP** | |
| 177 Post Street, Suite 300 | Attorneys for Defendant BANK OF |
| San Francisco, CA 94108 | AMERICA CORPORATION |
| Telephone: (415) 421-7151 | |
| Facsimile: (415) 362-8064 | |
| Email: jfinberg@altber.com | |
| Email: ecervantez@altber.com | |
| Email: cchan@altber.com | |

Attorneys for Plaintiff JANE DOE, on behalf of herself and other similarly situated.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>BANK OF AMERICA CORPORATION.<br><br>Defendant | Case No. 3:14-CV-01613 THE<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING BRIEFING SCHEDULE AND HEARING ON DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(7)**<br>Civ. L.R. 7-12<br><br>Date: n/a<br>Time: n/a<br>Courtroom: 12<br>Judge: Thelton E. Henderson |

STIPULATION AND [PROPOSED] ORDER VACATING BRIEFING AND HEARING SCHEDULE
Case No. 3:14-CV-01613-TEH

Plaintiff Jane Doe ("Plaintiff") and Defendant Bank of America Corporation ("Defendant"), herein referred to collectively as the "Parties," by and through their respective attorneys of record, hereby stipulate pursuant to Civil Local Rule 7-12 as follows:

WHEREAS, on June 22, 2015, Defendant filed a Motion to Dismiss Plaintiff's Complaint Pursuant to F.R.C.P. 12(b)(7) (Dkt. 55);

WHEREAS, on September 15, 2015, the Court issued an Order on the Parties' stipulation extending the deadline for Plaintiff's opposition to Defendant's Rule 12(b)(7) motion to October 13, 2015; extending the deadline for Defendant's reply to October 27, 2015; and setting a hearing on Defendant's motion for December 7, 2015 (Dkt. 64);

WHEREAS, on September 28, 2015, the Parties filed a Notice of Settlement informing the Court that the Parties had reached a settlement resolving this action in its entirety (Dkt. 66);

WHEREAS, the Parties are in the process of finalizing the formal settlement agreement and expect to execute the settlement agreement in the next few weeks; and

WHEREAS, after the Parties execute the formal settlement agreement, the Parties will jointly file a Stipulation of Dismissal dismissing the entire action;

HENCE, pursuant to Civil Local Rule 7-12, the Parties hereby stipulate as follows, subject to the Court's approval:

1. The deadlines for Plaintiff's opposition to and Defendant's reply in support of Defendant's Rule 12(b)(7) motion shall be vacated; and

2. The hearing on Defendant's Rule 12(b)(7) motion, currently set for December 7, 2015, shall be vacated.

DATED: October 9, 2015              By: __/s/ James M. Finberg_____
                                    **The LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER**
                                    William C. McNeill, III
                                    180 Montgomery Street, Suite 600
                                    San Francisco, CA  94104
                                    Telephone: (415) 864 8848
                                    Facsimile: (415) 593-0096
                                    wmcneill@las-elc.org

1
STIPULATION AND [PROPOSED] ORDER VACATING BRIEFING AND HEARING SCHEDULE
Case No. 3:14-CV-01613-TEH

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | **ALTSHULER BERZON LLP** |
| 3 | | James M. Finberg |
|   | | Eve H. Cervantez |
| 4 | | Connie K. Chan |
|   | | 177 Post Street, Suite 300 |
| 5 | | San Francisco, CA 94108 |
|   | | Telephone: (415) 421-7151 |
| 6 | | Facsimile: (415) 362-8064 |
|   | | jfinberg@altber.com |
| 7 | | ecervantez@altber.com |
|   | | cchan@altber.com |

Attorneys for Plaintiff Jane Doe, on behalf of herself and others similarly situated

DATED: October 9, 2015                By: __/s/ Regina A. Musolino_____
**MCGUIRE WOODS LLP**
Matthew C. Kane
Michael D. Mandel
Regina A. Musolino
Sean M. Sullivan
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: (310) 315-8200
Facsimile: (310) 315-8210
mkane@mcguirewoods.com
mmandel@mcguirewoods.com
rmusolino@mcguirewoods.com
ssullivan@mcguirewoods.com

Attorneys for Defendant Bank of America Corporation

---

2
STIPULATION AND [PROPOSED] ORDER VACATING BRIEFING AND HEARING SCHEDULE
Case No. 3:14-CV-01613-TEH

1  **[PROPOSED] ORDER**

2  Pursuant to the Parties' stipulation and for good cause shown, the Court hereby orders that the
3  briefing and hearing schedule for Defendant's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(7) [Dkt.
4  55] is VACATED.

5  IT IS SO ORDERED.

6  Dated: 10/14/2015



Hon. Thelton E. Henderson
UNITED STATES DISTRICT JUDGE