| | |
|---|---|
| William C. McNeill, III, (SBN 64392) | Matthew C. Kane (SBN 171829) |
| **THE LEGAL AID SOCIETY-** | Michael D. Mandel (SBN 216934) |
| **EMPLOYMENT LAW CENTER** | Regina A. Musolino (SBN 198872) |
| 180 Montgomery Street, Suite 600 | Sean M. Sullivan (SBN 286368) |
| San Francisco, CA 94104 | **MCGUIREWOODS LLP** |
| Telephone: (415) 864-8848 | 1800 Century Park East, 8th Floor |
| Facsimile: (415) 593-0096 | Los Angeles, CA 90067-1501 |
| Email: wmcneill@las-elc.org | Telephone: (310) 315-8200 |
| | Facsimile: (310) 315-8210 |
| James M. Finberg (SBN 114850) | Email: mkane@mcguirewoods.com |
| Eve H. Cervantez (SBN 164709) | Email: mmandel@mcguirewoods.com |
| Connie K. Chan (SBN 284230) | Email: rmusolino@mcguirewoods.com |
| **ALTSHULER BERZON LLP** | Email: ssullivan@mcguirewoods.com |
| 177 Post Street, Suite 300 | |
| San Francisco, CA 94108 | Attorneys for Defendant BANK OF |
| Telephone: (415) 421-7151 | AMERICA CORPORATION |
| Facsimile: (415) 362-8064 | |
| Email: jfinberg@altber.com | |
| Email: ecervantez@altber.com | |
| Email: cchan@altber.com | |

Attorneys for Plaintiff JANE DOE, on behalf of herself and other similarly situated.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated, | Case No. 3:14-CV-01613 TEH |
| Plaintiff, | **STIPULATION OF DISMISSAL OF PLAINTIFF DOE'S INDIVIDUAL CLAIMS WITH PREJUDICE AND CLAIMS OF PUTATIVE CLASS MEMBERS WITHOUT PREJUDICE** |
| v. | |
| BANK OF AMERICA CORPORATION. | |
| Defendant | Date: n/a |
| | Time: n/a |
| | Courtroom: 12 |
| | Judge: Thelton E. Henderson |

WHEREAS, Plaintiff Jane Doe and Defendant Bank of America Corporation (collectively, the "Parties"), participated in a mediation on September 22, 2015, and reached a settlement that fully resolves the above-captioned action.

The Parties, through their respective counsel of record, hereby stipulate and agree as follows:

1. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), this action shall be dismissed with prejudice.

2. Each side shall pay its own costs and attorneys' fees, except as otherwise provided in the Settlement Agreement between the Parties regarding this action.

3. The claims of putative absent Class Members will be dismissed without prejudice.

DATED: February 25, 2016                By:  /s/ James M. Finberg
**The LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER**
William C. McNeill, III
180 Montgomery Street, Suite 600
San Francisco, CA  94104
Telephone: (415) 864 8848
Facsimile: (415) 593-0096
wmcneill@las-elc.org

**ALTSHULER BERZON LLP**
James M. Finberg
Eve H. Cervantez
Connie K. Chan
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
jfinberg@altber.com
ecervantez@altber.com
cchan@altber.com

Attorneys for Plaintiff Jane Doe, on behalf of herself and others similarly situated



IT IS SO ORDERED
Judge Thelton E. Henderson
02/26/2016

DATED: February 25, 2016                By: __/s/ Regina A. Musolino_____
**McGuireWoods LLP**
Matthew C. Kane
Michael D. Mandel
Regina A. Musolino
Sean M. Sullivan
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone: (310) 315-8200
Facsimile: (310) 315-8210
mkane@mcguirewoods.com
mmandel@mcguirewoods.com
rmusolino@mcguirewoods.com
ssullivan@mcguirewoods.com

Attorneys for Defendant Bank of America Corporation